IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCELINO CALDERON-SILVA,** | 2:07-cv-02420-LKK-GGH (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **CDC, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's first request for a thirty-day extension of time to file a response to the Petition is granted. Respondent's response is due on, or before, February 6, 2008.

Dated: 01/08/08    /s/ Gregory G. Hollows
                                    U.S. Magistrate Judge

silv2420.po