IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CALDERON-SILVA,

    Petitioner,               No. CIV S-07-2420 LKK GGH P

    vs.

CDC, et al.,

    Respondents.           <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file an opposition to the respondents' February 6, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 14, 2008 request for an extension of time (doc.9) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file an opposition to the respondents' February 6, 2008 motion to dismiss.

DATED: 03/21/08

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:bb
silv2420.111